# Court of Appeals
# of the State of Georgia

ATLANTA,  December 27, 2019

*The Court of Appeals hereby passes the following order:*

**A20D0215.  KEVEN WAYNE CANTY v. THE STATE.**

Keven Wayne Canty filed a motion to correct, reduce, or modify his sentence. The trial court denied his motion on November 16, 2018.  Canty then filed this application for discretionary review on December 6, 2019.  We, however, lack jurisdiction.

To be timely, a discretionary application must be filed within 30 days of entry of the order or judgment to be appealed.  OCGA § 5-6-35 (d); *Hill v State*, 204 Ga. App. 582, 583 (420 SE2d 393) (1992). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  See *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989).  Here, Canty filed his application over a year after the trial court entered its order. Accordingly, the application is untimely, and it is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  12/27/2019
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*